IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT ALLEN NEWTON, | § | |
| | § | |
| Petitioner, | § | |
| vs. | § | CIVIL ACTION H-07-0566 |
| | § | |
| SHERIFF OF MONTGOMERY COUNTY, | § § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed without prejudice.

SIGNED on June 6, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

O:\RAO\LHR\2007\07-0566.b01